**Entered on Docket**
**August 04, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-7 Mortgage Pass-Through Certificates, Series 2005-7
09-73790

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-18548-lbr |
| Victor Arizmendi | Date: 7/13/09<br>Time: 9:30am |
| | Chapter 7 |
| Debtor. | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-7 Mortgage Pass-Through Certificates, Series 2005-7, its assignees and/or successors in interest, of the subject property, generally described as 8953 Dallas Ridge, Las Vegas, NV 89178, and legally described as follows:

> Parcel One (1): Lot 67 in Block 4 of Final Plat of Twilight Noth at Arlington Ranch, (a Common Interst Community), as shown by map thereof on file in Book 114 of Plats, Page 76 in the Office of the County Recorder of Clark County, Nevada.
> Parcel Two (2): A non-exclusive easement of ingress, egress, use and enjoyment in, to and over the Association Property, including, but not limited to "Two (2) main entry gates", "Private Street", and "Common Elements", subject to and as set forth in that certain Master Declaration of Covenants, Conditions and Restrictions and Reservation of Easements for Arlington Ranch North, (a Nevada Master Residential Common-Interest Planned Community) recorded March 25, 2004 in Book 20040325 as Document No. 00423, of Official Records. Assessor's Parcel No: 176-20-711-045

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

DATED this _____ day of _____ 2009

Submitted by:

**WILDE & ASSOCIATES**

By _____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
Jorge L. Sanchez
930 S. Fourth St., #211
Las Vegas, NV 89101
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED

_____
Yvette Weinstein
6450 Spring Mtn. Rd. #14
Las Vegas, NV 89146
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:
In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_    The court waived the requirements of LR 9021.
\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_x\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)
Debtor's counsel:

_____   approved the form of this order         _____   disapproved the form of this order

_____   waived the right to review the order and/or   \_\_x\_\_   failed to respond to the document

_____   appeared at the hearing, waived the right to review the order

_____   matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____   approved the form of this order         _____   disapproved the form of this order

_____   waived the right to review the order and/or   \_\_x\_\_   failed to respond to the document

Other Party:_____

_____   approved the form of this order         _____   disapproved the form of this order

_____   waived the right to review the order and/or   _____   failed to respond to the document

Breach Order:

\_\_\_\_\_   This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor